UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

FILED ORIGINAL
2008 APR 18 PM 4:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Case Number **CR 08-284(B)-AHM**　　Defendant Number **3**
U.S.A. v. **Lorraine Christina Lopez**　　Year of Birth **1973**
☑ Indictment　　☐ Information　　Investigative agency (FBI, DEA, etc.) **DEA**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:　　☐ Petty Offense
　☐ Misdemeanor　☐ Minor Offense　☑ Felony
b. Date of offense **up to March 4, 2008**
c. County in which first offense occurred
　**Los Angeles County**
d. The crimes charged are alleged to have been committed in:
　CHECK ALL THAT APPLY
　☑ Los Angeles　　☐ Ventura
　☐ Orange　　　　☐ Santa Barbara
　☐ Riverside　　　☐ San Luis Obispo
　☐ San Bernardino　☐ Other _____
Citation of offense **21 U.S.C. §§ 846, 841, 856, 843(a);**
**and 18 U.S.C. § 924 (c)**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?　☑ No　☐ Yes
　IF YES   Case Number _____

Pursuant to Section 11 of General Order 07-02, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: **N/A**
　Case Number _____
　Charging _____

The complaint:　☐ is still pending
　☐ was dismissed on: **N/A**

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
　☑ Yes*　　☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
　☑ Yes*　　☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
This is the **2nd** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**March 27, 2008**
Case Number **CR 08-284(A)-AHM**

The superseded case:
☑ is still pending before Judge/Magistrate Judge
**Hon. A. Howard Matz**
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
　☑ Yes*　　☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
　☑ Yes*　　☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
　☑ Yes　　☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes　☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☑ U.S. Citizen
- ☐ Alien

Alias Name(s) N/A

This defendant is charged in: ☐ All counts
☑ Only counts: 1, 3, 4, 5, 6, 7

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☑ narcotics offenses
- ☐ immigration offenses
- ☑ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number: 47123-112
d. ☑ Solely on this charge. Date and time of arrest: 3/13/08, 6:00 AM
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 4/18/08

*Signature of Assistant U.S. Attorney*

Terrence P. Mann
*Print Name*