MICHAEL M. CRAIN
California State Bar No. 45083
P.O. Box 3730
Santa Monica, California  90408
Telephone: (310) 571-3324
Facsimile: (310) 626-9983
E-mail:  Michaelmcrain@aol.com

**DENIED**
BY ORDER OF THE COURT

AS MOOT

Counsel for Defendant Lorraine Christina Lopez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-284(B)-AHM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE EX PARTE APPLICATION FOR ORDER DIRECTING THE TRANSFER OF DEFENDANT LORRAINE CHRISTINA LOPEZ TO THE METROPOLITAN DETENTION CENTER |
| vs. | |
| LORRAINE CHRISTINA LOPEZ, | |
| Defendant | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

The Federal Bureau of Prisons is ordered to transfer Defendant Lorraine Christina Lopez to the Metropolitan Detention Center forthwith.

DATED:  May 21, 2008

**DENIED**
BY ORDER OF THE COURT
AS MOOT

_____
HON. A. HOWARD MATZ

1